THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FABIAN SANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | 15 cv 1856 |
| | ) | |
| v. | ) | Honorable Jeffrey T. Gilbert |
| | ) | |
| KAREN RABIDEAU, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATUS REPORT**

Defendants, by their attorney, Lisa Madigan, Illinois Attorney General, submit this Status Report regarding scheduling depositions in accordance with the Court's Order (ECF 130) and state the following:

1. On March 15, 2018, undersigned Counsel emailed Plaintiff's Counsel with mid-April dates for Defendants Wright and Franklin's depositions to occur at Stateville Correctional Center in Joliet. Ultimately, the parties were unable to schedule the depositions during that timeframe.

2. Defendant Wright is unavailable from the end of April until May 10, 2018. Plaintiff's Counsel stated that he is generally available in May.

3. Defense Counsel will coordinate with the Defendants, Plaintiff's Counsel, and Stateville, which is a very busy facility with depositions occurring most days, to schedule both Defendants Wright and Franklin's depositions back-to-back at Stateville in Joliet in the end of May.

Respectfully submitted,

LISA MADIGAN
Attorney General for Illinois

　/s/ *Michael C. Stephenson*　
Michael C. Stephenson
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601-3397
(312) 814-4752
MStephenson@atg.state.il.us

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 28, 2018, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                            */s/ Michael C. Stephenson*