# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Fabian Santiago, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case 15 CV 01856 |
| Karen Rabideau, *et al.*, | ) ) | Hon. Jeffrey T. Gilbert |
| Defendant. | ) ) | |

## JOINT DEPOSITION NOTICE

The parties submit this joint deposition notice plan pursuant to the Court's March 30, 2018 Order:

By agreement of the parties, Plaintiff Fabian Santiago, through his counsel, will take the following depositions of defendants on **May 17, 2018** at **Stateville Correctional Center, 16830 Rt. 53, Crest Hill, IL 60403**:

1. **Colleen Franklin** at **9:30 a.m.**
2. **Clarence Wright** at **1:30 p.m.**

The depositions will be recorded by stenographic means. Arrangements have been made with the staff of Stateville Correctional Center to conduct the depositions there.

| | |
|---|---|
| FABIAN SANTIAGO, | DEFENDANTS, |
| By:  /s/ Henry C. Krasnow | By:  /s/ Michael C. Stephenson |
| One of his attorneys | One of their attorneys |
| | |
| Henry C. Krasnow | Michael C. Stephenson |
| David M. Madden | OFFICE OF THE ATTORNEY GENERAL |
| SUGAR, FELSENTHAL, GRAIS & HELSINGER LLP | 100 W. Randolph St., 13 Floor |
| 30 North LaSalle Street, Suite 3000 | Chicago, IL 60601 |
| Chicago, Illinois 60602 | (312) 814-4752 |
| (312) 704-9400 | MStephenson@atg.state.il.us |
| hkrasnow@sfgh.com | |
| dmadden@sfgh.com | |

## **CERTIFICATE OF SERVICE**

      I, Henry Krasnow, an attorney, hereby certify that on May 14, 2018, I electronically filed the Joint Deposition Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

                                                  /s/ Henry C. Krasnow
                                                    Henry C. Krasnow